Rowena Santos, No. 210185
  rsantos@slpattorney.com
**Strategic Legal Practices**
1840 Century Park East, Suite 430
Los Angeles, California 90067
+1 310 929 4900
+1 310 943 3838 (fax)

Attorneys for Plaintiffs
Angelica Perez and Adriana Perez

Alexander G. Calfo, No. 152891
  ACalfo@kslaw.com
Paul R. Johnson, No. 115817
  PJohnson@kslaw.com
King & Spalding LLP
633 West 5th Street, Suite 1700
Los Angeles, California 90071
+1 213 443 4355
+1 213 443 4310 (fax)

Attorneys for Defendant
Ford Motor Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angelica Perez and Adriana Perez,<br><br>Plaintiffs,<br><br>v.<br><br>Ford Motor Company, et al.,<br><br>Defendants. | No. 2:17-CV-02382-JAM-AC<br><br>**Stipulation and Order Staying All Proceedings and Deadlines** |

The parties hereby STIPULATE to the Court's entry of an order staying all proceedings and deadlines in this action pending determination by the Judicial Panel on Multidistrict Litigation of Ford Motor Company's motion for transfer and consolidation in *In re: Ford DPS6 PowerShift Transmission Litigation*, MDL No. 2814.

Respectfully,

December 20, 2017         STRATEGIC LEGAL PRACTICES APC

By: /s/ Rowena Santos (as authorized on 12/20/2017)
    ROWENA SANTOS
Attorneys for Plaintiffs
ANGELICA PEREZ and ADRIANA PEREZ

December 20, 2017         KING & SPALDING LLP

By: /s/ Paul R. Johnson
    PAUL R. JOHNSON
Attorneys for Defendant
FORD MOTOR COMPANY

## ORDER

Good cause appearing, all proceedings and deadlines in this action are STAYED pending determination by the Judicial Panel on Multidistrict Litigation of Ford Motor Company's motion for transfer and consolidation in *In re: Ford DPS6 PowerShift Transmission Litigation*, MDL No. 2814. All scheduled hearings in this action are VACATED.

IT IS SO ORDERED.

Dated: 12/20/2017

/s/ JOHN A. MENDEZ
THE HONORABLE JOHN A. MENDEZ
United States District Court Judge